

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-16-00566-CR

Ex Parte George **RODRIGUEZ**, Jr.,
Appellant

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-03-11476-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on October 3, 2016. *See* TEX. R. APP. P. 38.6(a). On October 3, 2016, Appellant filed a first unopposed motion for extension of time requesting an extension of thirty days.

Appellant's motion is **GRANTED, IN PART**. Appellant's brief is due to be filed in this court no later than October 24, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court